**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON ELDRIDGE,<br><br>     Plaintiff,<br><br>    v.<br><br>U.S. POST OFFICE,<br><br>     Defendant. | Case No. 2:20-cv-10386-MCS-JPR<br><br>**JUDGMENT** |

  Pursuant to this Court's Order Dismissing Action Pursuant to Federal Rule of Civil Procedure 4(m),

  IT IS ADJUDGED that this action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: April 1, 2021

_____

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE